

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

YUNG HOANG SEXTON,

Petitioner,

v.

D. MARIN, ET AL.,

Respondents.

Case No. 2:26-cv-02542-MWC-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents are enjoined from re-detaining Petitioner absent compliance with 8 C.F.R. § 241.4(l)(1), 8 C.F.R. § 241.13(i), and all other governing law, which includes refraining from re-detaining Petitioner unless there are changed circumstances that necessitate a significant likelihood that Petitioner will be removed in the reasonably foreseeable future, as well as ensuring Petitioner receives an informal interview

before re-detention.  Respondents shall place a copy of this Judgment in Petitioner's A-File.

DATED:  5/12/26

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

2